UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x   JUDGE JONES

UNITED STATES OF AMERICA            :

     - v. -                            :
                                                         NOTICE OF INTENT
JOSUE BENJAMIN FONG-GUERRA,         :   TO FILE AN
                                                         INFORMATION

            Defendant.            :   07 Cr.

- - - - - - - - - - - - - - - - - - x   07 CRIM 1187

     Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
         December 17, 2007

                                  MICHAEL J. GARCIA
                                  United States Attorney

                    By: _____
                                Eugene Ingoglia
                                Assistant United States Attorney

                                AGREED AND CONSENTED TO:

                    By: _____
                                Robert Baum, Esq
                                Attorney for JOSUE BENJAMIN FONG-
                                GUERRA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 7 2007