```
UNITED STATES DISTRICT COURT                    JUDGE JONES
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :
          v.                     :      07 Cr.      (BSJ)
                                 :
JOSUE BENJAMIN FONG-GUERRA,      :
                                 :
          Defendant.             :
                                 :
- - - - - - - - - - - - - - - - X
```

The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.



```
_____
JOSUE BENJAMIN FONG-GUERRA,
Defendant

_____
Witness

_____
Robert Baum, Esq.
Counsel for Defendant
```

Date:   New York, New York
        December 17, 2007

0202