```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA,           :    07 CR. 1187   (BSJ)
                                    :
                                    :         ORDER
         -v-                        :
                                    :
JOSE FONG-GUERRA,                   :
                                    :
                                    :
              Defendant.            :
------------------------------------X
```

BARBARA S. JONES,
United States District Judge:

IT IS HEREBY ORDERED that the status conference scheduled for January 4, 2008 is adjourned to January 11, 2008 at 3:00PM to allow the parties to continue discussions relating to a possible disposition in this matter. For this reason, in the interest of justice, the period of time from January 4, 2008 to January 11, 2008 is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A). I find these reasons outweigh both the interests of the public and the defendant in a speedy trial.

   SO ORDERED.

Dated:   New York, New York
         January 2, 2008

                                    _____
                                           BARBARA S. JONES
                                       United States District Judge