

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 11, 2008

Applications granted the pretrial conference is adjourned to February 14, 2008 at 4PM. In the interest of justice for the reason stated above, speedy trial time is excluded from January 11, 2008 to February 14, 2008 pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED
Dated:        /s/ Barbara S. Jones
              BARBARA S. JONES
              USDJ    1/11/08

**BY FACSIMILE**: (212) 805-6191
The Honorable Barbara S. Jones
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **United States v. Benjamin Fong-Guerra**
           07 Cr. 1187 (BSJ)

Dear Judge Jones:

    The Government respectfully submits this letter, after speaking with Your Honor's Deputy, to request jointly with the defense an adjournment of the pre-trial conference currently scheduled for January 11, 2008 to a date convenient for the Court after the second week of February, 2008.

    The Government also respectfully requests that time be excluded for purposes of the Speedy Trial Act from today through the date of the next conference. The Government makes this request, with the consent of defense counsel, to permit the Government and the defense to continue to pursue discussions regarding a possible disposition without the need for trial.

    Respectfully submitted,

    MICHAEL J. GARCIA
    United States Attorney

By:    /s/ Eugene Ingoglia
       Eugene Ingoglia
       Assistant U.S. Attorney
       (212) 637-1113

cc:    Robert Baum, Esq. (Fax: 212-571-0392)