

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 13, 2008

**BY FACSIMILE: (212) 805-6191**
The Honorable Barbara S. Jones
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Benjamin Fong-Guerra**
      **07 Cr. 1187 (BSJ)**

Dear Judge Jones:

The Government respectfully submits this letter to request jointly with the defense to request an adjournment of the pre-trial conference currently scheduled for February 14, 2008 to a date convenient for the Court after the second week of March, 2008.

The Government also respectfully requests that time be excluded for purposes of the Speedy Trial Act from today through the date of the next conference. The Government makes this request, with the consent of defense counsel, to permit the Government and the defense to continue to pursue discussions regarding a possible disposition without the need for trial.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Eugene Ingoglia
Assistant U.S. Attorney
(212) 637-1113

cc:   Robert Baum, Esq. (Fax: 212-571-0392)

*Applications granted. The pretrial conference is adjourned to March 20, 2008 at 2PM. In the interest of justice for the reason stated above, speedy trial time is excluded from February 15, 2008 to March 20, 2008 pursuant to 18 U.S.C. §3161(h)(8)(A)*

**SO ORDERED** _____
**Dated:**   BARBARA S. JONES
             U.S.D.J.   2/14/08

TOTAL P.02