

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 19, 2008

**BY FACSIMILE:** (212) 805-6191
The Honorable Barbara S. Jones
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/19/08 dc

    Re: **United States v. Benjamin Fong-Guerra**
        07 Cr. 1187 (BSJ)

Dear Judge Jones:

    The Government respectfully submits this letter to request jointly with the defense to request an adjournment of the pre-trial conference currently scheduled for March 20, 2008 to a date convenient for the Court after the third week of April, 2008.

    The Government also respectfully requests that time be excluded for purposes of the Speedy Trial Act from today through the date of the next conference. The Government makes this request, with the consent of defense counsel, to permit the Government and the defense to continue to pursue discussions regarding a possible disposition without the need for trial.

                            Respectfully submitted,

                            MICHAEL J. GARCIA
                            United States Attorney

           By:

                            Eugene Ingoglia
                            Assistant U.S. Attorney
                            (212) 637-1113

cc: Robert Baum, Esq. (Fax: 212-571-0392)

*Applications granted. The pretrial conference is adjourned to April 24, 2008 at 2PM. In the interest of justice for the reason stated above, speedy trial time is excluded from March 20, 2008 to April 24, 2008 pursuant to 18 U.S.C. §3161(h)(8)(A).*

**SO ORDERED**
/s/ Barbara S. Jones
BARBARA S. JONES
U.S.D.J.
Dated: 3/19/08

TOTAL P.01