

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 22, 2008

DATE FILED: 4/23/08 dc

**BY FACSIMILE:** (212) 805-6191
The Honorable Barbara S. Jones
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Benjamin Fong-Guerra</u>
07 Cr. 1187 (BSJ)

Dear Judge Jones:

The Government respectfully submits this letter to request jointly with the defense to request an adjournment of the pre-trial conference currently scheduled for April 24, 2008 to a date convenient for the Court after the third week of May, 2008.

The Government also respectfully requests that time be excluded for purposes of the Speedy Trial Act from today through the date of the next conference. The Government makes this request, with the consent of defense counsel, to permit the Government and the defense to continue to pursue discussions regarding a possible disposition without the need for trial.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: Eugene Ingoglia
Assistant U.S. Attorney
(212) 637-1113

cc: Robert Baum, Esq. (Fax: 212-571-0392)

*Applications granted. The pretrial conference is adjourned to June 12, 2008 at 2:30PM. In the interest of justice for the reason stated above, the period of time from April 24, 2008 to June 12, 2008 is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).*

SO ORDERED
Dated: 4/23/08
BARBARA S. JONES
USDJ

TOTAL P.01