

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 10, 2008

**BY FACSIMILE: (212) 805-6191**
The Honorable Barbara S. Jones
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:    **United States v. Benjamin Fong-Guerra**
>          **07 Cr. 1187 (BSJ)**

Dear Judge Jones:

        The Government respectfully submits this letter to request jointly with the defense to request an adjournment of the pre-trial conference currently scheduled for June 12, 2008 to a date convenient for the Court after the third week of July, 2008.

        The Government also respectfully requests that time be excluded for purposes of the Speedy Trial Act from June 12, 2008 through the date of the next conference. The Government makes this request, with the consent of defense counsel, to permit the Government and the defense to continue to pursue discussions regarding a possible disposition without the need for trial.

*Application GRANTED.*
*Next PTC - July 16, 2008 at 2:30 pm.*

SO ORDERED
Dated:
BARBARA S. JONES
U.S.D.J.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By:

Eugene Ingoglia
Assistant U.S. Attorney
(212) 637-1113

cc:    Robert Baum, Esq. (Fax: 212-571-0392)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08