U.S. Department of Justice



*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 15, 2008

**BY FACSIMILE:** (212) 805-6191
The Honorable Barbara S. Jones
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   **United States v. Benjamin Fong-Guerra**
             07 Cr. 1187 (BSJ)

Dear Judge Jones:

      The Government respectfully submits this letter to request jointly with the defense to request an adjournment of the pre-trial conference currently scheduled for July 18, 2008 to a date convenient for the Court after the first week of September, 2008.

      The Government also respectfully requests that time be excluded for purposes of the Speedy Trial Act from July 18, 2008 through the date of the next conference. The Government makes this request, with the consent of defense counsel, to permit the Government and the defense to continue to pursue discussions regarding a possible disposition without the need for trial.

[Handwritten: *Conference for July 18, 2008 is adjourned to Sept. 5, 2008 at 3 pm. Speedy Trial is excluded from 7/18/08 thru 9/5/08 for the reasons set forth above.* SO ORDERED. /s/ Barbara S. Jones, U.S.D.J. 7/15/08]

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney    [Handwritten: *to 18 USC (h)(8)(A)*]

By: /s/ Eugene Ingoglia
Eugene Ingoglia
Assistant U.S. Attorney
(212) 637-1113

cc:   Robert Baum, Esq. (Fax: 212-571-0392)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08
```