

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/2/08
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 28, 2008

**BY FACSIMILE:** (212) 805-6191
The Honorable Barbara S. Jones
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    **United States v. Benjamin Fong-Guerra**
             07 Cr. 1187 (BSJ)

Dear Judge Jones:

       The Government respectfully submits this letter to request jointly with the defense to request an adjournment of the pre-trial conference currently scheduled for September 5, 2008 to a date convenient for the Court after the first week of October, 2008.

       The Government also respectfully requests that time be excluded for purposes of the Speedy Trial Act from September 5, 2008 through the date of the next conference. The Government makes this request, with the consent of defense counsel, to permit the Government and the defense to continue to pursue discussions regarding a possible disposition without the need for trial.

                                                  Respectfully submitted,

                                                  MICHAEL J. GARCIA
                                                  United States Attorney

                     By:       _____
                                                  Eugene Ingoglia
                                                  Assistant U.S. Attorney
                                                  (212) 637-1113

cc:      Robert Baum, Esq. (Fax: 212-571-0392)

*Applications Granted. Conference now scheduled for Oct. 10, 2008 at 2:30*
*So ordered.*
*Barbara S. Jones*
*9/2/08*